**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7069**

MICHAEL SHAWN EVANS,

                Plaintiff - Appellant,

        v.

OFF. CUNNINGHAM, Guard at F.C.I. Gilmer; LT. YARBER, Lt. of
Prison Guards; WARDEN PURDUE; CAPT. YOUNG, Capt. of security
at F.C.I. Gilmer; F.C.I. GILMER,

                Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
District Judge. (2:15-cv-00060-JPB-JES)

Submitted:  September 29, 2016      Decided:  October 4, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Shawn Evans, Appellant Pro Se.  Erin Carter Tison,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Shawn Evans appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Evans v. Cunningham, No. 2:15-cv-00060-JPB-JES (N.D. W. Va. July 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED